

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-18-00122-CR &
06-18-00123-CR

RAY CHARLES HAWKINS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 7th District Court
Smith County, Texas
Trial Court Nos. 007-1532-17 & 007-1533-17

Before Morriss, C.J., Moseley and Burgess, JJ.

ORDER

Appellant Ray Charles Hawkins was convicted of aggravated assault against a public servant and evading arrest/detention with a vehicle and was sentenced to fifty years' incarceration. Hawkins appealed from those convictions and the resulting sentences. On September 14, 2018, Hawkins' court-appointed appellate counsel, James Huggler, Jr., filed an *Anders*[1] brief, and on September 27, 2018, Hawkins filed a pro se motion for access to the appellate record for purposes of preparing a response to his counsel's *Anders* brief. Under *Kelly v. State*,[2] we are now required to enter an order specifying the procedure to be followed to ensure Hawkins' access to the record.

To ensure that Hawkins receives a complete copy of the appellate record in a timely manner, we hereby order our clerk's office to provide a complete copy of the appellate record, in electronic format, to Hawkins care of the C.T. Terrell Unit Law Library. Allowing ten days for that record to be delivered to Hawkins and giving Hawkins thirty days to prepare his pro se response, we hereby set November 13, 2018, as the deadline for Hawkins to file his pro se response to his counsel's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

DATE:        October 4, 2018

---

[1]*See Anders v. California*, 386 U.S. 738 (1967).

[2]*Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).